# EXHIBIT 1

## SUMMARY REPORT ON SUBJECT TRANSACTIONS

June 5, 2012

| Table | Description | Pages |
|---|---|---|
| 1 | Overview of Subject Transactions | 2-3 |
| 2 | Land Record References for Subject Transactions | 4 |
| 3 | Originator and Assignee Information for Subject Transactions | 5 |
| 4 | Information Pertaining to Settlement for Subject Transactions | 6-7 |
| 5 | Suspected Straw Buyers for Subject Transactions | 8 |
| 6 | Information Pertaining to Default and Foreclosure on Subject Properties | 9 |

Exhibit 1 (Page 1 of 9)

TABLE 1
OVERVIEW OF SUBJECT TRANSACTIONS

| Case Ref. No. | FHA Case No. | Subject Transaction Closing Date | Subject Property Address | Subject Transaction Sale Price | Subject Property Prior Sale Price | Subject Property Assessed Value | Subject Property Prior Sale Date | Permits Since Previous Sale | Suspected Inflated Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 241-8698595-703 | 5/7/2009 | 2741 Edmondson Ave. Baltimore, MD 21223 | $ 115,000.00 | $ 33,000.00 | $ 67,112.00 | 11/27/2007 | 0 | Yes |
| 2 | 241-8802967-703 | 7/10/2009 | 2845 Oakford Ave. Baltimore, MD 21215 | $ 120,000.00 | $ 35,000.00 | $ 50,100.00 | 10/11/2007 | 1 | Yes |
| 3 | 241-8413024-703 | 8/11/2009 | 3015 Frederick Ave. Baltimore, MD 21223 | $ 107,000.00 | $ 18,000.00 | $ 68,500.00 | 7/6/2007 | 1 | Yes |
| 4 | 241-8877660-703 | 8/11/2009 | 4716 Pimlico Road Baltimore, MD 21215 | $ 107,000.00 | $ 27,000.00 | $ 3,000.00 | 10/11/2007 | 1 | Yes |
| 5 | 241-8947232-703 | 10/15/2009 | 2641 Rayner Ave. Baltimore, MD 21216 | $ 115,000.00 | $ 23,000.00 | $ 17,000.00 | 11/29/2007 | 1 | Yes |
| 6 | 241-90008657-703 | 11/25/2009 | 3424 Lyndale Ave. Baltimore, MD 21213 | $ 120,000.00 | $ 35,000.00 | $ 75,370.00 | 1/31/2008 | 2 | Yes |
| 7 | 241-9029844-703 | 12/1/2009 | 3036 Harlem Ave. Baltimore, MD 21216 | $ 110,000.00 | $ 31,555.00 | $ 66,732.00 | 3/14/2008 | 1 | Yes |
| 8 | 241-9030031-703 | 12/10/2009 | 3125 Baker St. Baltimore, MD 21216 | $ 115,000.00 | $ 27,000.00 | $ 36,610.00 | 2/20/2008 | 2 | Yes |
| 9 | 241-9034736-703 | 12/10/2009 | 316 S. Calhoun St. Baltimore, MD 21223 | $ 110,000.00 | $ 39,000.00 | $ 55,000.00 | 10/24/2008 | 0 | Yes |
| 10 | 241-9029884-703 | 12/10/2009 | 4831 Park Heights Ave. Baltimore, MD 21215 | $ 120,000.00 | $ 24,000.00 | $ 15,000.00 | 8/10/2007 | 1 | Yes |
| 11 | 241-9029809-703 | 12/15/2009 | 750 Bartlett Ave. Baltimore, MD 21218 | $ 80,000.00 | $ 19,300.00 | $ 25,000.00 | 10/14/2008 | 0 | Yes |
| 12 | 241-9074367-703 | 1/28/2010 | 2692 Saint Benedict St. Baltimore, MD 21223 | $ 110,000.00 | $ 20,201.00 | $ 30,000.00 | 3/7/2008 | 1 | Yes |
| 13 | 241-8955869-703 | 2/8/2010 | 2730 Edmondson Ave. Baltimore, MD 21223 | $ 115,000.00 | $ 27,300.00 | $ 17,000.00 | 11/14/2008 | 0 | Yes |
| 14 | 241-9087479-703 | 2/10/2010 | 629 E. 30th St. Baltimore, MD 21218 | $ 115,000.00 | $ 40,000.00 | $ 25,000.00 | 1/11/2008 | 1 | Yes |
| 15 | 241-9074350-703 | 3/5/2010 | 1611 N. Longwood St. Baltimore, MD 21216 | $ 115,000.00 | $ 29,000.00 | $ 25,000.00 | 8/4/2008 | 1 | Yes |

Exhibit 1 (Page 2 of 9)

TABLE 1
OVERVIEW OF SUBJECT TRANSACTIONS

| Case Ref. No. | FHA Case No. | Subject Transaction Closing Date | Subject Property Address | Subject Transaction Sale Price | Subject Property Prior Sale Price | Subject Property Assessed Value | Subject Property Prior Sale Date | Permits Since Previous Sale | Suspected Inflated Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 241-9110697-703 | 3/5/2010 | 2602 Frederick Ave. Baltimore, MD 21223 | $ 115,000.00 | $ 30,250.00 | $ 15,000.00 | 2/20/2008 | 2 | Yes |
| 17 | 241-8902438-703 | 3/26/2010 | 2027 Wilkens Ave. Baltimore, MD 21223 | $ 115,000.00 | $ 22,500.00 | $ 25,000.00 | 11/23/2005 | 0 | Yes |
| 18 | 241-9145979-703 | 4/2/2010 | 1714 N. Ellamont St. Baltimore, MD 21216 | $ 115,000.00 | $ 16,300.00 | $ 3,000.00 | 11/23/2009 | 0 | Yes |
| 19 | 241-9175249-703 | 4/29/2010 | 2138 Hollins St. Baltimore, MD 21223 | $ 122,000.00 | $ 65,000.00 | $ 14,332.00 | 9/23/2009 | 1 | Yes |
| 20 | 241-9175311-703 | 4/30/2010 | 312 S. Calhoun St. Baltimore, MD 21223 | $ 112,000.00 | $ 35,000.00 | $ 55,000.00 | 6/12/2009 | 0 | Yes |
| 21 | 241-9122348-703 | 5/14/2010 | 2016 Eagle St. Baltimore, MD 21223 | $ 115,000.00 | $ 15,500.00 | $ 14,000.00 | 11/23/2009 | 0 | Yes |
| 22 | 241-9175357-703 | 5/20/2010 | 3018 Walbrook Ave. Baltimore, MD 21216 | $ 135,000.00 | $ 46,000.00 | $ 30,000.00 | 9/14/2006 | 0 | Yes |
| 23 | 241-9241088-703 | 7/13/2010 | 2410 Wilkens Ave. Baltimore, MD 21223 | $ 115,000.00 | $ 13,300.00 | $ 30,000.00 | 2/22/2010 | 1 | Yes |
| 24 | 241-9199114-703 | 8/10/2010 | 2820 W. North Ave. Baltimore, MD 21216 | $ 120,000.00 | $ 13,501.00 | $ 6,000.00 | 11/24/2009 | 1 | Yes |
| 25 | 241-9295107-703 | 9/7/2010 | 2110 Baker St. Baltimore, MD 21217 | $ 105,000.00 | $ 10,500.00 | $ 46,000.00 | 4/21/2010 | 1 | Yes |
| 26 | 241-9300519-703 | 11/10/2010 | 2706 E. Preston St. Baltimore, MD 21213 | $ 107,600.00 | $ 17,500.00 | $ 70,320.00 | 4/16/2010 | 0 | Yes |
| 27 | 241-9294488-703 | 11/30/2010 | 1806 E. 28th St. Baltimore, MD 21218 | $ 115,000.00 | $ 24,300.00 | $ 36,000.00 | 3/23/2010 | 0 | Yes |

Exhibit 1 (Page 3 of 9)

TABLE 2
LAND RECORD REFERENCES FOR SUBJECT TRANSACTIONS

| Case Ref. No. | Subject Transaction Closing Date | Property Sale Deed Ref. (L.R. Balt. City) | FHA Loan Deed of Trust Ref. (L.R. Balt. City) | Suspicious Transaction Seller | Individual Executing Deed on Seller's Behalf | Purported Buyer (FHA Loan Borrower) |
|---|---|---|---|---|---|---|
| 1 | 5/7/2009 | FMC 11728/265 | FMC 11728/271 | E&W Realty, LLC | Jewell, Kathryn | Hayford, Samuel |
| 2 | 7/10/2009 | FMC 11931/314 | FMC 11931/310 | E&W Realty, LLC | Jewell, Kathryn | Kpodonou, Isaac |
| 3 | 8/11/2009 | FMC 11952/134 | FMC 11952/140 | E&W Realty, LLC | Jewell, Kathryn | Botchway, Kofi |
| 4 | 8/11/2009 | FMC 11952/263 | FMC 11952/269 | E&W Realty, LLC | Jewell, Kathryn | Tayou, Andre |
| 5 | 10/15/2009 | FMC 12155/128 | FMC 12155/134 | E&W Realty, LLC | Jewell, Kathryn | Aziaye, Kodzo |
| 6 | 11/25/2009 | FMC 12395/96 | FMC 12395/102 | E&W Realty, LLC | Jewell, Kathryn | Ayite, Hetsu |
| 7 | 12/1/2009 | FMC 12274/63 | FMC 12274/69 | E&W Realty, LLC | Jewell, Kathryn | Avegnon, Kokou |
| 8 | 12/10/2009 | FMC 12275/488 | FMC 12275/494 | E&W Realty, LLC | Jewell, Kathryn | Apetoh, Kokouvi |
| 9 | 12/10/2009 | FMC 12276/205 | FMC 12276/211 | E&W Realty, LLC | Jewell, Kathryn | Honsou, Kossi |
| 10 | 12/10/2009 | FMC 12274/400 | FMC 12274/406 | E&W Realty, LLC | Jewell, Kathryn | Egah, Kofi |
| 11 | 12/15/2009 | FMC 12305/485 | FMC 12305/491 | E&W Realty, LLC | Jewell, Kathryn | Agoussoye, Biya |
| 12 | 1/28/2010 | FMC 12439/147 | FMC 12439/153 | E&W Realty, LLC | Jewell, Kathryn | Alidjinou, Mawu-Kpodji |
| 13 | 2/8/2010 | FMC 12458/109 | FMC 12458/115 | E&W Realty, LLC | Jewell, Kathryn | Tchamegni, Kodjo |
| 14 | 2/10/2010 | FMC 12476/58 | FMC 12476/64 | E&W Realty, LLC | Jewell, Kathryn | Missoh, Kossivi |
| 15 | 3/5/2010 | FMC 12509/138 | FMC 12509/144 | E&W Realty, LLC | Jewell, Kathryn | Bassi Bikai, Jean Pierre |
| 16 | 3/5/2010 | FMC 12510/27 | FMC 12510/33 | E&W Realty, LLC | Jewell, Kathryn | Agbobli, Kodjovi |
| 17 | 3/26/2010 | FMC 12578/456 | FMC 12578/462 | Jewell, Kathryn | | Sodangbe, Tete Romeo |
| 18 | 4/2/2010 | FMC 12578/436 | FMC 12578/442 | National Homes, LLC | Jewell, Kathryn | Tedjio, Ameline F. |
| 19 | 4/29/2010 | FMC 12607/250 | FMC 12607/257 | Boomerang Prop., LLC | Svehlak, Robert S. | Mballa, Stephanie O. |
| 20 | 4/30/2010 | FMC 12875/21 | FMC 12875/27 | Calhoun Capital, LLC | DeFreitas, Farrah N. | Dieheo, Koula Leroux |
| 21 | 5/14/2010 | FMC 12644/380 | FMC 12644/386 | National Homes, LLC | Jewell, Kathryn | Adzaklo, Komla |
| 22 | 5/20/2010 | FMC 12698/105 | FMC 12698/111 | KMJ Realty, LLC | Jewell, Kathryn | Enakutsa, Essime |
| 23 | 7/13/2010 | FMC 12839/250 | FMC 12839/256 | National Homes, LLC | Jewell, Kathryn | Furney, Kokou A. |
| 24 | 8/10/2010 | FMC 12934/459 | FMC 12934/465 | National Homes, LLC | Jewell, Kathryn | Mitchell, Kulanah C. |
| 25 | 9/7/2010 | FMC 13043/148 | FMC 13043/154 | National Homes, LLC | Jewell, Kathryn | Ahiatsi, Yawo |
| 26 | 11/10/2010 | FMC 13115/192 | FMC 13115/198 | National Homes, LLC | Jewell, Kathryn | Nikabou, Koffi |
| 27 | 11/30/2010 | FMC 13185/193 | FMC 13185/199 | National Homes, LLC | Jewell, Kathryn | Ahadji, Atsu |

Exhibit 1 (Page 4 of 9)

TABLE 3

LOAN ORIGINATOR AND ASSIGNEE INFORMATION FOR SUBJECT TRANSACTIONS

| Case Ref. No. | Subject Transaction Closing Date | FHA Case No. | FHA-Insured Mortgage Originator | Has an Assign. of Mort. Been Rec.? | Assign. DOT Ref. L.R. Balt. City (if any) | Date of DOT Assign. (if any) | Deed of Trust Assignee (if any) |
|---|---|---|---|---|---|---|---|
| 1 | 5/7/2009 | 241-8698595-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13583/313 | 6/22/2011 | Wells Fargo Bank, N.A. |
| 2 | 7/10/2009 | 241-8802967-703 | Cardinal Fin. Co., L.P. | No | | | |
| 3 | 8/11/2009 | 241-8413024-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13765/66 | 8/31/2011 | Wells Fargo Bank, N.A. |
| 4 | 8/11/2009 | 241-8877660-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13583/319 | 6/22/2011 | Wells Fargo Bank, N.A. |
| 5 | 10/15/2009 | 241-8947232-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13806/140 | 10/7/2011 | Wells Fargo Bank, N.A. |
| 6 | 11/25/2009 | 241-90008657-703 | Mid-Island Mort. Corp. | No | | | M&T Bank, N.A. |
| 7 | 12/1/2009 | 241-9029844-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13721/449 | 8/18/2011 | Wells Fargo Bank, N.A. |
| 8 | 12/10/2009 | 241-9030031-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13792/281 | 9/26/2011 | Wells Fargo Bank, N.A. |
| 9 | 12/10/2009 | 241-9034736-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13583/325 | 6/22/2011 | Wells Fargo Bank, N.A. |
| 10 | 12/10/2009 | 241-9029884-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13731/267 | 8/30/2011 | Wells Fargo Bank, N.A. |
| 11 | 12/15/2009 | 241-9029809-703 | Cardinal Fin. Co., L.P. | No | | | |
| 12 | 1/28/2010 | 241-9074367-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13583/322 | 6/22/2011 | Wells Fargo Bank, N.A. |
| 13 | 2/8/2010 | 241-8955869-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13863/64 | 11/2/2011 | Wells Fargo Bank, N.A. |
| 14 | 2/10/2010 | 241-9087479-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13747/254 | 9/18/2011 | Wells Fargo Bank, N.A. |
| 15 | 3/5/2010 | 241-9074350-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13731/261 | 8/30/2011 | Wells Fargo Bank, N.A. |
| 16 | 3/5/2010 | 241-9110697-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13393/441 | 3/9/2011 | Wells Fargo Bank, N.A. |
| 17 | 3/26/2010 | 241-8902438-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13820/420 | 9/20/2011 | Bank Of America, N.A. |
| 18 | 4/2/2010 | 241-9145979-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13829/143 | 10/20/2011 | Wells Fargo Bank, N.A. |
| 19 | 4/29/2010 | 241-9175249-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13706/12 | 8/11/2011 | Wells Fargo Bank, N.A. |
| 20 | 4/30/2010 | 241-9175311-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13751/71 | 9/9/2011 | Wells Fargo Bank, N.A. |
| 21 | 5/14/2010 | 241-9122348-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13926/420 | 6/3/2011 | Wells Fargo Bank, N.A. |
| 22 | 5/20/2010 | 241-9175357-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13989/223 | 1/5/2012 | Wells Fargo Bank, N.A. |
| 23 | 7/13/2010 | 241-9241088-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13731/240 | 8/30/2011 | Wells Fargo Bank, N.A. |
| 24 | 8/10/2010 | 241-9199114-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13583/301 | 6/21/2011 | Wells Fargo Bank, N.A. |
| 25 | 9/7/2010 | 241-9295107-703 | Cardinal Fin. Co., L.P. | Yes | FMC 13734/173 | 8/31/2011 | Wells Fargo Bank, N.A. |
| 26 | 11/10/2010 | 241-9300519-703 | Cardinal Fin. Co., L.P. | Yes | FMC 14157/264 | 2/21/2012 | Wells Fargo Bank, N.A. |
| 27 | 11/30/2010 | 241-9294488-703 | Caliber Funding, LLC | Yes | | | Everbank, N.A. |

Exhibit 1 (Page 5 of 9)

## TABLE 4
### INFORMATION PERTAINING TO SETTLEMENT OF SUBJECT TRANSACTIONS

| Case Ref. No. | Subject Transaction Closing Date | FHA Case No. | Loan Officer | Settlement Agent (Title Company) | Settlement Agent File No. | Lender's Agent at Closing |
|---|---|---|---|---|---|---|
| 1 | 5/7/2009 | 241-8698595-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-0424 | Harbison, Tracie |
| 2 | 7/10/2009 | 241-8802967-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-0603 | Harbison, Tracie |
| 3 | 8/11/2009 | 241-8413024-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-0735 | |
| 4 | 8/11/2009 | 241-8877660-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-0734 | |
| 5 | 10/15/2009 | 241-8947232-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-0931 | |
| 6 | 11/25/2009 | 241-90008657-703 | Transatl. Mort., LLC | Shore Thing Title, LLC | STT-09-1106 | Longo, Donald |
| 7 | 12/1/2009 | 241-9029844-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-1111 | Welch, Cheryl |
| 8 | 12/10/2009 | 241-9030031-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-1112 | Welch, Cheryl |
| 9 | 12/10/2009 | 241-9034736-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-1119 | Baird, Lauren |
| 10 | 12/10/2009 | 241-9029884-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-1113 | Harbison, Tracie |
| 11 | 12/15/2009 | 241-9029809-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-09-1110 | Dorsch, Joanna |
| 12 | 1/28/2010 | 241-9074367-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0104 | Dorsch, Joanna |
| 13 | 2/8/2010 | 241-8955869-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0105 | Harbison, Tracie |
| 14 | 2/10/2010 | 241-9087479-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0109 | Buie, Kenya |
| 15 | 3/5/2010 | 241-9074350-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0206 | Buie, Kenya |
| 16 | 3/5/2010 | 241-9110697-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0108 | Santoro, Christy |
| 17 | 3/26/2010 | 241-8902438-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0309 | Jarrett, Mike |
| 18 | 4/2/2010 | 241-9145979-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0316 | Santoro, Christy |
| 19 | 4/29/2010 | 241-9175249-703 | Miles, Jonathan L. | King Title Company | 17252 | Saffron, Linda |
| 20 | 4/30/2010 | 241-9175311-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0405 | |
| 21 | 5/14/2010 | 241-9122348-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0303 | Jarrett, Mike |
| 22 | 5/20/2010 | 241-9175357-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0407 | Dorsch, Joanna |
| 23 | 7/13/2010 | 241-9241088-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0608 | Welch, Cheryl |
| 24 | 8/10/2010 | 241-9199114-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0609 | Harbison, Tracie |
| 25 | 9/7/2010 | 241-9295107-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0723 | Baird, Lauren |
| 26 | 11/10/2010 | 241-9300519-703 | Miles, Jonathan L. | Shore Thing Title, LLC | STT-10-0730 | Blackwell, Christy |
| 27 | 11/30/2010 | 241-9294488-703 | | Shore Thing Title, LLC | STT-10-0722 | |

Exhibit 1 (Page 6 of 9)

TABLE 5
INFORMATION PERTAINING TO SUSPECTED STRAW BUYERS FOR SUBJECT TRANSACTIONS

| Case Ref. No. | Subject Transaction Closing Date | FHA Case No. | FHA Loan Purported Borrower | Does Deed of Trust Spec. It is Borrower's Prin. Res.? | Does Borrower Appear to Have Resided at Subject Property | Borrower's Apparent Address of Residence at Time of Transaction |
|---|---|---|---|---|---|---|
| 1 | 5/7/2009 | 241-8698595-703 | Hayford, Samuel | Yes | No | 17215 King James Way, Apt 202 Gaithersburg, MD 20877 |
| 2 | 7/10/2009 | 241-8802967-703 | Kpodonou, Isaac | Yes | No | 5 Sunnyside Road Silver Spring, MD 20910 |
| 3 | 8/11/2009 | 241-8413024-703 | Botchway, Kofi | Yes | No | 19534 Taverny Dr. Gaithersburg, MD 20879 |
| 4 | 8/11/2009 | 241-8877660-703 | Tayou, Andre | Yes | No | 19026 Stepple Pl. Germantown, MD 20874 |
| 5 | 10/15/2009 | 241-8947232-703 | Aziaye, Kodzo | Yes | No | 8322 12th Ave. Silver Spring, MD 20903 |
| 6 | 11/25/2009 | 241-90008657-703 | Ayite, Hetsu | Yes | No | 7407 Farmcrest Dr. New Carrollton, MD 20784 |
| 7 | 12/1/2009 | 241-9029844-703 | Avegnon, Kokou | Yes | No | 621 Northampton Dr. Silver Spring, MD 20903 |
| 8 | 12/10/2009 | 241-9030031-703 | Apetoh, Kokouvi | Yes | No | 7401 New Hampshire Ave. Takoma Park, MD 20912 |
| 9 | 12/10/2009 | 241-9034736-703 | Honsou, Kossi | Yes | No | 1814 Metzerott Rd., Apt. 26 Hyattsville, MD 20783 |
| 10 | 12/10/2009 | 241-9029884-703 | Egah, Kofi | Yes | No | 979 Klopper Rd. Gaithersburg, MD 20878 |
| 11 | 12/15/2009 | 241-9029809-703 | Agoussoye, Biya | Yes | No | 1814 Metzerott Rd., Apt. 26 Hyattsville, MD 20783 |
| 12 | 1/28/2010 | 241-9074367-703 | Alidjinou, Mawu-Kpodji | Yes | No | 821 North Hampton Dr. Silver Spring, MD 20903 |
| 13 | 2/8/2010 | 241-8955869-703 | Tchamegni, Kodjo | Yes | No | 434 North Summit Ave. Gaithersburg, MD 20877 |
| 14 | 2/10/2010 | 241-9087479-703 | Missoh, Kossivi | Yes | No | 18421 Lost Knife Cir., Apt. 204 Montgomery Village, MD 20886 |

Exhibit 1 (Page 7 of 9)

TABLE 5

INFORMATION PERTAINING TO SUSPECTED STRAW BUYERS FOR SUBJECT TRANSACTIONS

| Case Ref. No. | Subject Transaction Closing Date | FHA Case No. | FHA Loan Purported Borrower | Does Deed of Trust Spec. It is Borrower's Prin. Res.? | Does Borrower Appear to Have Resided at Subject Property | Borrower's Apparent Address of Residence at Time of Transaction |
|---|---|---|---|---|---|---|
| 15 | 3/5/2010 | 241-9074350-703 | Bassi Bikai, Jean Pierre | Yes | No | 19904 Sweetgum Cir. Germantown, MD 20874 |
| 16 | 3/5/2010 | 241-9110697-703 | Agbobli, Kodjovi | Yes | No | 2018 Belvedere Blvd., Apt. 2 Silver Spring, MD 20902 |
| 17 | 3/26/2010 | 241-8902438-703 | Sodangbe, Tete Romeo | Yes | No | 4714 Babbling Brook Dr. Olney, MD 20832 |
| 18 | 4/2/2010 | 241-9145979-703 | Tedjio, Ameline F. | Yes | No | 18657 Tarragon Way Germantown, MD 20874 |
| 19 | 4/29/2010 | 241-9175249-703 | Mballa, Stephanie O. | Yes | No | 401 W. Diamond Ave., Apt. 303W Gaithersburg, MD 20877 |
| 20 | 4/30/2010 | 241-9175311-703 | Dieheo, Koula Leroux | Yes | No | 3032 Bel Pre Rd., Apt. 204 Silver Spring, MD 20906 |
| 21 | 5/14/2010 | 241-9122348-703 | Adzaklo, Komla | Yes | No | 18209 Lost Knife Cir., Apt. 203 Montgomery Village, MD 20886 |
| 22 | 5/20/2010 | 241-9175357-703 | Enakutsa, Essime | Yes | No | 1035 Quebec Terr., Apt. 4 Silver Spring, MD 20903 |
| 23 | 7/13/2010 | 241-9241088-703 | Furney, Kokou A. | Yes | No | 1035 Quebec Terr., Apt. 4 Silver Spring, MD 20903 |
| 24 | 8/10/2010 | 241-9199114-703 | Mitchell, Kulanah C. | Yes | No | 708 Clopper Rd. Gaithersburg, MD 20878 |
| 25 | 9/7/2010 | 241-9295107-703 | Ahiatsi, Yawo | Yes | No | 80 B Bureau Dr. Gaithersburg, MD 20878 |
| 26 | 11/10/2010 | 241-9300519-703 | Nikabou, Koffi | Yes | No | 13704 Shrewsbury Ct. Herndon, VA 20170 |
| 27 | 11/30/2010 | 241-9294488-703 | Ahadji, Atsu | Yes | No | 13 Observation Ct., Apt 101 Germantown, MD 20876 |

Exhibit 1 (Page 8 of 9)

TABLE 6
INFORMATION PERTAINING TO DEFAULT AND FORECLOSURE ON SUBJECT PROPERTIES

| Case Ref. No. | Subject Transaction Closing Date | Loan Principal Amount | Has a Forecl. Action Been Filed? | Forecl. Action Filing Date | Forecl. Mortgage Debt Reported | Foreclosure Action Case No. | Has Forecl. Sale Occurred? | Date of Forecl. Sale | Amount of Forcl. Sale |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/7/2009 | $ 112,917.00 | Yes | 3/29/2012 | $ 118,963.56 | 24-O-12-000737 | | | |
| 2 | 7/10/2009 | $ 117,826.00 | No | | | | | | |
| 3 | 8/11/2009 | $ 105,061.00 | Yes | 2/7/2012 | $ 111,418.93 | 24-O-12-000252 | | | |
| 4 | 8/11/2009 | $ 105,061.00 | No | | | | | | |
| 5 | 10/15/2009 | $ 112,917.00 | No | | | | | | |
| 6 | 11/25/2009 | $ 115,995.00 | Yes | 11/8/2011 | $ 118,216.43 | 24-O-11-001549 | Yes | 5/18/2012 | $ 127,000.00 |
| 7 | 12/1/2009 | $ 108,007.00 | Yes | 2/27/2012 | $ 113,641.04 | 24-O-12-000478 | Yes | 5/7/2012 | $ 117,000.00 |
| 8 | 12/10/2009 | $ 112,917.00 | No | | | | | | |
| 9 | 12/10/2009 | $ 108,007.00 | No | | | | | | |
| 10 | 12/10/2009 | $ 117,826.00 | Yes | 2/24/2012 | $ 122,280.13 | 24-O-12-000429 | | | |
| 11 | 12/15/2009 | $ 78,551.00 | No | | | | | | |
| 12 | 1/28/2010 | $ 108,007.00 | Yes | 4/27/2012 | $ 113,411.87 | 24-O-12-000933 | | | |
| 13 | 2/8/2010 | $ 112,917.00 | Yes | 5/22/2012 | $ 117,547.60 | 24-O-12-001131 | | | |
| 14 | 2/10/2010 | $ 112,917.00 | Yes | 4/18/2012 | $ 116,360.80 | 24-O-12-000863 | | | |
| 15 | 3/5/2010 | $ 112,917.00 | Yes | 2/24/2012 | $ 118,045.72 | 24-O-12-000427 | | | |
| 16 | 3/5/2010 | $ 112,917.00 | Yes | 3/7/2012 | $ 117,649.09 | 24-O-12-000559 | | | |
| 17 | 3/26/2010 | $ 112,917.00 | No | | | | | | |
| 18 | 4/2/2010 | $ 112,917.00 | No | | | | | | |
| 19 | 4/29/2010 | $ 119,790.00 | Yes | 10/19/2011 | $ 124,727.99 | 24-O-11-001444 | | | |
| 20 | 4/30/2010 | $ 109,971.00 | Yes | 2/24/2012 | $ 115,376.01 | 24-O-12-000434 | | | |
| 21 | 5/14/2010 | $ 112,917.00 | No | | | | | | |
| 22 | 5/20/2010 | $ 132,554.00 | No | | | | | | |
| 23 | 7/13/2010 | $ 102,124.00 | No | | | | | | |
| 24 | 8/10/2010 | $ 118,405.00 | Yes | 2/24/2012 | $ 123,395.03 | 24-O-12-000431 | | | |
| 25 | 9/7/2010 | $ 103,604.00 | Yes | 4/6/2012 | $ 107,133.81 | 24-O-12-000797 | | | |
| 26 | 11/10/2010 | $ 106,170.00 | Yes | 2/21/2012 | $ 111,171.15 | 24-O-12-000394 | | | |
| 27 | 11/30/2010 | $ 113,471.00 | No | | | | | | |

Exhibit 1 (Page 9 of 9)