IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| CHARLES E. MOORE . | * | CASE NO. 13-12841-NVA |
| FELICIA W. MOORE | | |
| Debtors | * | (CHAPTER 7) |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF ASSIGNMENT OF BANKRUPTCY ESTATE'S QUI TAM CLAIMS**

TO: ALL CREDITORS AND PARTIES IN INTEREST

YOU ARE HEREBY NOTIFIED that the Trustee in this case proposes to assign property of the bankruptcy estate according to the terms and conditions stated below:

PROPERTY TO BE ASSIGNED: All right, title and interest in all claims the bankruptcy estate may have in the qui tam claims which are the subject of the pending actions captioned *United States of America ex rel. Charles E. Moore v Cardinal Financial Co., L.P., et al.*, United States District Court for the District of Maryland (Northern Division), Civil No. 12-cv-1824-MJG and *United States of America ex rel. Charles E. Moore v. Robert S. Svehlak, et al.*, United States District Court for the District of Maryland (Northern Division), Civil No. 12-cv-2093-MJG.

NAME OF ASSIGNEE: Jason Rheinstein, Esquire, the Debtors' former attorney in the above-referenced qui tam proceedings and a creditor in this bankruptcy case.

CONSIDERATION: In exchange for this assignment, Jason Rheinstein, Esquire will withdraw his unsecured claim (Claim No. 6) in the amount of $17,587.04.

The Debtors scheduled these claims as having an unknown value. Trustee had reviewed the claims with counsel and concluded that based on the costs and uncertainty of litigation, the Trustee anticipated abandoning the claims in conjunction with the Trustee's Final Report.

Any party objecting to the Trustee's sale must do so in writing and in accordance with Local Rule l9. All objections should be filed with the Clerk of Court, United States Bankruptcy Court, l0l W. Lombard Street, Room 2650, Baltimore, Maryland 2l20l, with a copy served on the Trustee at his address shown below. A copy of the objection should also be served on the United States Trustee, l0l W. Lombard Street, Room 2625, Baltimore, Maryland 2l20l. All objections must be filed and served on or before June 15, 2015. If no objections are received, the sale may proceed in accordance with the terms recited herein. If an objection is received, a hearing may be held on the objection on June 18, 2015, at 2:30 p.m. in the United States Bankruptcy, Court in Courtroom 2-A.

DATE: May 21, 2015

                                        /s/ Marc H Baer
                                        MARC H. BAER, Trustee
                                        455 Main Street
                                        Reisterstown, Maryland 2l136
                                        (443) 712-2529
                                        mbaer@waldmangrossfeld.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 21st day of May, 2015, after reviewing the Court's ECF records, that all persons required to be served with a copy of the foregoing Notice should receive a copy electronically from the Court, except for the following person(s) to whom a copy is being mailed first-class, postage prepaid**:**

See Attached Mailing Matrix

_____/s/_ Marc H Baer_____
MARC H. BAER, Trustee

Printed: 05/20/15 11:02 AM

# Creditor Mailing Matrix
## Case No.: 13-12841

Page: 1

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Amhurst Homeowners Association, Inc. | c/o Lueder, Larkin & Hunter, LLC<br>5900 Windward Parkway, Suite 390 | Alpharetta | GA | 30005-5479 |
| Anne Arundel County, Maryland | Office of Law<br>2660 Riva Road, 4th Floor | Annapolis | MD | 21401-7055 |
| Atlas Acquisitions LLC | Attn: Avi Schild<br>294 Union St | Hackensack | NJ | 07601-4303 |
| CBCS | P.O. Box 163250 | Columbus | OH | 43216-3250 |
| Charles E. Moore | 370 Magothy Road | Sverna Park | MD | 21146-4233 |
| City of Altlanta | Department of Watershed Mgmt.<br>P.O. Box 105275 | Atlanta | GA | 30348-5275 |
| City of Baltimore | Bureau of Revenue Collections<br>200 N. Holliday Street | Baltimore | MD | 21202-3618 |
| Comptroller of the Treasury | Compliance Division, Room 409<br>301 W. Preston Street | Baltimore | MD | 21201-2305 |
| Craig Lawrence Holcomb | 3409A Urbana Pike | Frederick | MD | 21704-7772 |
| Deutsche Bank National Tr. Co. | 1761 East St. Andrew Place | Santa Ana | CA | 92705-4934 |
| Edward Smith, Jr. | 2225 St. Paul Street | Baltimore | MD | 21218-5806 |
| Felicia D. Moore | 370 Magothy Road | Severna Park | MD | 21146-4233 |
| GE Money Bank | Attn: Bankruptcy Dept.<br>P.O. Box 103104 | Roswell | GA | 30076-9104 |
| GEMB Lending, Inc. | 2995 Red Hill Avenue<br>Suite 250 | Costa Mesa | CA | 92626-1200 |
| Imagine Capital, Inc. | 925 Placid Court | Arnold | MD | 21012-1525 |
| J.P. Morgan Chase Bank, N.A. | 3415 Vision Drive | Columbus | OH | 43219-6009 |
| Jason E. Rheinstein | P.O. Box 1369 | Severna Park | MD | 21146-8369 |
| King Title Company, Inc. | c/o Rosenberg Martin Greenberg, LLP<br>25 S. Charles Street, 21st Floor | Baltimore | MD | 21201-3330 |
| Matthew G. Hjortsberg, Esq. | Bowie & Jensen, LLC<br>29 W. Susquehanna Ave. | Towson | MD | 21204-5214 |
| McCalla Raymer, LLC | 1544 Old Alabama Road | Roswell | GA | 30076-2102 |
| Michael Katz | Katz & Luxenburg, P.A.<br>1212 Reisterstown Road | Baltimore | MD | 21208-3801 |
| PEPCO | LEGAL SERVICES<br>PEPCO HOLDINGS INC | WASHINGTON | DC | 20068-0001 |
| Pepco | P.O. Box 13608 | Philadelphia | PA | 19101-3608 |
| PNC BANK | PO BOX 94982 | CLEVELAND OHIO | | 44101-4982 |
| PNC Bank, N.A. | P.O. Box 1820 | Dayton | OH | 45401-1820 |
| PNC Bank, N.A. | P.O. Box 5570 | Cleveland | OH | 44101-0570 |
| PNC Bank, National Association | Covahey, Boozer, Devan & Dore, P.A.<br>11350 McCormick Road | Hunt Valley | MD | 21031-1002 |

Printed: 05/20/15 11:02 AM

# Creditor Mailing Matrix

Page: 2

Case No.: 13-12841

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Rodney L. Scales | 1865 Foxwood Circle | Bowie | MD | 20721-4140 |
| Rodney Lamount Scales | 6102 Blue Sage Lane | Upper Marlboro | MD | 20772-4115 |
| Rubenstein & Cogan | 12 South Summit Avenue<br>Suite 250 | Gaithersburg | MD | 20877-2092 |
| Santander Consumer USA, Inc. | 8585 N. Stemmons Fwy<br>Suite 110 | Dallas | TX | 75247-3822 |
| State of Maryland DLLR | Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401 | Baltimore | MD | 21201-2225 |
| SunTrust Mortgage, Inc. | P.O. Box 26149 | Richmond | VA | 23260-6149 |
| US Trustee | 101 W. Lombar4d Street<br>Room 2625 | Baltimore | MD | 21201 |
| Wells Fargo Bank | P.O. Box 3908 | Portland | OR | 97208-3908 |

**Total:** 35