```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *
 ex rel. Charles E. Moore
                                  *
              Plaintiff
                                  *
         vs.
                                  *    CIVIL ACTION NO. MJG-12-1824
CARDINAL FINANCIAL CO., L.P.,
 et al.                           *

              Defendants          *

*       *       *       *       *       *       *       *       *
```

MEMORANDUM AND ORDER

The Court has before it Relator's Motion for Extension of Time to File Opposition to Boomerang Defendants' Motion to Dismiss, Or In The Alternative, for Summary Judgment [ECF No. 31] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

By the instant motion, Relator seeks an extension of the deadline for filing an opposition to Defendants Boomerang Properties, LLC and Robert Svehlak's Motion to Dismiss Or In The Alternative, for Summary Judgment [ECF No. 29]. The extension was sought to require the opposition to be filed five days after the Court entered its Order on the Motion to Lift Seal on Motions and Orders Regarding Sealing of Complaint and Amended Complaint [ECF No. 30].

While the parties opposing the extension present non-frivolous contentions, the debate is, as a practical matter, over a de minimus issue. On May 24, the Court granted the unsealing sought by Relator. If the requested extension is granted, Relator's opposition will be due June 1 (5 business days after May 24).

Under the circumstances, the Court shall grant the motion.

Accordingly:

1. Relator's Motion for Extension of Time to File Opposition to Boomerang Defendants' Motion to Dismiss, Or In The Alternative, for Summary Judgment [ECF No. 31] is GRANTED.

2. Relator shall file the opposition to Defendants Boomerang Properties, LLC and Robert Svehlak's Motion to Dismiss Or In The Alternative, for Summary Judgment [ECF No. 29] by June 1, 2016.


SO ORDERED, this Thursday, May 26, 2016.


                                           /s/
                                    Marvin J. Garbis
                      United States District Judge